# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO



Civil Action No. 05-cv-01287-ZLW

BRIAN R. SHAFER,

    Plaintiff,

v.

HECTOR A. RIOS JR., Warden,
SCOTT MEAD, Health Administrator, and
DR. POLLAND, Clinical Director,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the Motion to Refile that Mr. Shafer filed with the Court on October 17, 2005. The Court dismissed the instant action without prejudice, on September 8, 2005, and denied a Motion to Reconsider on October 4, 2005. Therefore, Mr. Shafer's Motion to Refile is inappropriate and will not be considered by the Court. Plaintiff is reminded that the Complaint and action were dismissed without prejudice. Plaintiff may elect to file a new action if he so desires.

    To file a new action Mr. Shafer must submit a new Prisoner Complaint form and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

Dated: October 18, 2005

---

Copies of this Minute Order mailed on October 18, 2005, to the following:

Brian R. Shafer
Reg. No. 92623-011
USP – Florence
PO Box 7000
Florence, CO 81226

                                                Secretary/Deputy Clerk