IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 9 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01287-ZLW

BRIAN R. SHAFER,

      Plaintiff,

v.

HECTOR A. RIOS JR., Warden,
SCOTT MEAD, Health Administrator, and
DR. POLLAND, Clinical Director,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the "Motion for Discovery Pursuant Title 18, Fed. R. Cvl. Proc. Rule 26, " Plaintiff filed with the Court on December 9, 2005. The Court dismissed the instant action without prejudice, on September 8, 2005, and denied a Motion to Reconsider on October 4, 2005. Therefore, Mr. Shafer's Motion for Discovery is inappropriate and will not be considered by the Court. Plaintiff is directed to refrain from filing any additional documents in the instant case.

Dated: December 9, 2005

Copies of this Minute Order mailed on December 9, 2005, to the following:

Brian R. Shafer
Reg. No. 92623-011
USP – Florence
PO Box 7000
Florence, CO 81226

                        Secretary/Deputy Clerk